UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA STANFORD,

    Plaintiff,

v.                                                                                    Case No.    10-12333

STANDARD FEDERAL BANK, now Bank                    Honorable Patrick J. Duggan
of America,

    Defendant.
_____/

## ORDER GRANTING BANK OF AMERICA N.A.'S
## MOTION FOR LEAVE TO AMEND ITS PLEADINGS
## TO FILE A COUNTERCLAIM AND THIRD-PARTY COMPLAINT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on_September 22, 2010.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                      U.S. DISTRICT COURT JUDGE

This action, initially filed in the state court, was removed to this Court on June 11, 2010. Defendant filed its Answer on June 18, 2010 and a Scheduling Order was entered on July 22, 2010. No discovery or other substantive work has been done.

On August 26, 2010, Defendant filed its Motion for Leave to Amend Its Pleadings to File A Counterclaim and Third-Party Complaint. No response or other objection has been filed by Plaintiff.

Rule 15(a)(2) provides that, "The court should freely give leave when justice so requires."

The Court is satisfied that Defendant's motion should be granted.

Therefore,

**IT IS ORDERED** that Bank of America, N.A.'s Motion for Leave to Amend Its Pleadings to File A Counterclaim and Third-Party Complaint is **GRANTED**.

<pre>
                          s/PATRICK J. DUGGAN
                          UNITED STATES DISTRICT JUDGE
</pre>

Copies to:

Cynthia Sanford, Pro Se
20222 Greenlawn
Detroit, MI 48221

Marilyn A. Peters
Joseph H. Hickey
Brandon M. Blazo